STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Richard Lynn Ducote
Attorney at Law
4800 Liberty Avenue, Third Flo
Pittsburgh PA 15224


**REHEARING ACTION: December 2, 2015**


**Docket Number: 15   00306-CA**

**KRISTA M. STEGALL, ETC.**
**VERSUS**
**DAWN LANDRY LABORDE**

**Appealed from Lafayette Parish Case No. 20121824**


**BEFORE JUDGES:**

>   **Hon. Elizabeth A. Pickett**
>   **Hon. Phyllis M. Keaty**
>   **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard Lynn Ducote** has this day been

>   **DENIED.**


cc: Hon. Durwood Wayne Conque, Judge
    Hon. Laurie A. Hulin, Judge
    Anthony Jerome Fontana, Jr., Counsel for the Appellee
    Gabe A. Duhon, Counsel for the Appellee